UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MIGUEL RAMOS,**

      Plaintiff,

v.                                        Case No.  8:07-cv-1160-T-30MAP

**STRIPER PARTNER IV, LTD.,**

      Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (Dkt. #8). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 19, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1160.dismissal 8.wpd